## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:    KEITH JONES                           CASE NO: 09-16120
                                                CHAPTER 13

         DEBTORS(S)                             JUDGE:  JANET S BAER

                                                NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    WELLS FARGO HOME MORTGAGE

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 4585 ARRS 201 W 16TH | $ 3,590.93 | $ 3,990.93 | $ 3,990.93 |

Total Amount Paid the Trustee                                         $   3,990.93

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 13th day of   November, 2012.

Debtor(s)                                                                                      Debtors Attorney

KEITH JONES                                                                          EDWIN L FELD & ASSOC
201 W 16TH ST                                                                         29 S LASALLE # 328
CHICAGO HEIGHTS IL 60411                                               CHICAGO IL 606030000


Addtional Creditors

WELLS FARGO BANK
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602


Mortgage Arrearage Creditor

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
MAC X2501 01F
DES MOINES IA 50328-0001


Electronic Service US Trustee


Date: November 13, 2012                                           /s/ Tom Vaughn

                                                           Tom Vaughn, Chapter 13 Trustee
                                                           Chapter 13 Trustee
                                                           55 East Monroe Street, Suite 3850
                                                           Chicago, Ill   60603